IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

SHANNON RAY                                                                                              PLAINTIFF

        v.                           Civil No.   11-6031

CAPTAIN MEL STEED, Garland
County Detention Center; and
SHERIFF LARRY SANDERS                                         DEFENDANTS

## **REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE**

Plaintiff, Shannon Ray (hereinafter Ray), filed this action pursuant to 42 U.S.C. § 1983. He proceeds *pro se* and *in forma pauperis*.

On June 12, 2012 (Doc. 16, Doc. 17 & Doc. 18), Defendants filed a motion for summary judgment. That same day, an order (Doc. 19) was entered directing Ray to complete an attached notice regarding the summary judgment motion. The notice required Ray to state whether he would file a response to the summary judgment motion on his own or was requesting the Court's assistance by the preparation of a questionnaire.

Ray was directed to return the attached notice by July 10, 2012. Ray was advised (Doc. 19) that if he failed to return the attached notice by July 10, 2012, the case would be subject to summary dismissal for failure to obey the order of this Court and failure to prosecute this action.

To date, Ray has not returned the notice. He has not requested an extension of time to file the notice. The Court's order was sent to the address contained on the docket sheet. The order and attached notice have not been returned as undeliverable.

I therefore recommend that this case be dismissed with prejudice based on Ray's failure to obey the orders of the Court and his failure to prosecute this action. Fed. R. Civ. P. 41(b).

AO72A
(Rev. 8/82)

**The parties have fourteen (14) days from receipt of the report and recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1). The failure to file timely objections may result in waiver of the right to appeal questions of fact.  The parties are reminded that objections must be both timely and specific to trigger de novo review by the district court.**

DATED this 28th day of August 2012.

/s/ *J. Marschewski*
 HON. JAMES R. MARSCHEWSKI
 CHIEF UNITED STATES MAGISTRATE JUDGE

AO72A
(Rev. 8/82)