```
         IN THE UNITED STATES DISTRICT COURT
            WESTERN DISTRICT OF ARKANSAS
                 HOT SPRINGS DIVISION
```

SHANNON RAY                                          PLAINTIFF

    V.                    Civil No. 11-6031

CAPTAIN MEL STEED, Garland
County Detention Center and
SHERIFF LARRY SANDERS                                DEFENDANTS

### O R D E R

On this 2nd day of October 2012, there comes on for consideration the report and recommendation filed in this case on August 28, 2012, by the Honorable James R. Marschewski, United States Magistrate for the Western District of Arkansas. (Doc. 20). No objections were filed to the report and recommendation.

The court has reviewed this case and, being well and sufficiently advised, finds as follows: The report and recommendation is proper and should be and hereby is adopted in its entirety. Accordingly, Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE for failure to prosecute and failure to obey the orders of this Court. *See* Fed. R. Civ. P. 41(b). Defendants' Motion for Summary Judgment (doc. 16) is DENIED AS MOOT.

IT IS SO ORDERED.

                            /s/ Robert T. Dawson
                            Honorable Robert T. Dawson
                            United States District Judge